El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.

---

Ayuntamiento de Manatí *v.* El Secretario de P. R.

Apelación procedente de la Corte de Distrito de San Juan.

No. 39.—Resuelto en Junio 27, 1903.

Injunction.—El demandante solicitó que se decretara un mandamiento de injunction contra el Secretario de Puerto Rico, para que se abstuviera de conocer de cierto caso referente á unas contribuciones cobradas por dicho demandante y cuya devolución había sido ordenada por el Secretario, mientras estuviera pendiente un pleito contencioso-administrativo que el demandante aseguraba haber entablado contra la resolución que ordenó la devolución de las referidas contribuciones. *Se resolvió* que la solicitud no expresaba suficientes fundamentos para justificar la expedición del auto de injunction interesado.

EXPOSICIÓN DEL CASO.

En 19 de Marzo de 1903, el Ayuntamiento de Manatí, por conducto del abogado Sr. Ramos, presentó á la Corte de Distrito de San Juan un escrito solicitando que el Tribunal librara un mandamiento de Injunction contra el Secretario de Puerto Rico prohibiéndole que continuara conociendo

No. 39.—Decided June 27, 1903.

STATEMENT OF THE CASE.

On March 19, 1903, the Municipal Council of Manatí, through Juan R. Ramos, Esq., filed a petition in the District Court of San Juan, requesting the court to issue a writ of injunction against the Secretary of Porto Rico, restraining him from taking further cognizance of a case relative to certain municipal taxes collected by aforesaid municipality from Wenceslao Borda, and await the decision of the proper court on a litigative-administrative appeal taken by said municipality from the decision of the Secretary directing the restitution of the above mentioned taxes. A temporary

de un casó relativo á ciertas contribuciones municipales cobradas por el referido Municipio á Don Wenceslao Borda, y ordenándole que aguardara la decisión del propio Tribunal en un recurso contencioso-administrativo que había entablado contra. la resolución de dicha Secretaría por la que dispuso la devolución de las expresadas contribuciones. Librado un mandamiento de Injunction provisional, compareció el Secretario de Puerto Rico, alegando que no se había entablado recurso alguno contra la resolución relativa á la devolución de las contribuciones al Sr. Borda y solicitó que la petición de injunction fuera en absoluto denegada, por ser inciertos los hechos que le servían de base.

En 24 de Marzo se celebró la vista compareciendo el Ayuntamiento de Manatí y el Secretario de Puerto Rico, haciendo sus representantes las alegaciones que estimaron oportunas; y el Tribunal de Distrito por auto dictado en 20 de Abril de 1903 acordó denegar el injunction solicitado, ordenando que se levantase el entredicho provisional decretado anteriormente contra el Secretario de Puerto Rico. Contra esa resolución interpuso apelación para ante el Tribunal Supremo la representación del Ayuntamiento de Manatí.

Abogado del apelante: *Sr. Ramos, (Juan R.)*

Abogado del apelado: *Sr. del Toro, (Fiscal.)*

EL JUEZ ASOCIADO SR. MACLEARY emitió la Opinión del Tribunal.

En el recurso de apelación que ante Nos pende, interpuesto por la representación del Ayuntamiento de Manatí contra la resolución de la Corte de Distrito de San Juan, dictada en autos contra el Secretario de Puerto Rico, sobre interdicto prohibitorio en que se mostró parte ante esta Corte Suprema, bajo la dirección del Letrado Juan R. Ramos, solicitando la revocación del auto dictado por el mencionado Tribunal de Distrito que literalmente dice así:

"En el Tribunal de Distrito de San Juan.—El Ayuntamiento de Manatí contra el Secretario de Puerto Rico.    Pleito contencioso-administrativo.

injunction having been issued, the Secretary of Porto Rico appeared and alleged that no appeal had been taken from the decision relative to the restitution of the taxes to Borda, and prayed that the petition for a writ of injunction be denied because the facts upon which the same was based were untrue.

On March 24 the hearing was had, when the Municipal Council of Manatí and the Secretary of Porto Rico appeared through their respestive counsel and made such allegations as by them where deemed proper. The District Court by an order of April 20, 1903, denied the injunction applied for and directed that the temporary injunction previously issued against the Secretary of Porto Rico, be dissolved. From this decision the representative of the Municipal Council of Manatí took an appeal to the Supreme Court.

*Mr. Juan R. Ramos,* for appellant.

*Mr. del Toro, Fiscal.* for respondent.

MR. JUSTICE MACLEARY, delivered the opinion of the Court.

In the appeal pending before us taken by the representative of the Municipal Council of Manatí, from a decision of the District Court of San Juan, rendered in injunction proceedings instituted against the Secretary of Porto Rico, the said Municipal Council entered an appearance before this Supreme Court through Juan R. Ramos Esq., praying for the reversal of the order made by said District Court, which literally reads:

"In the District Court of San Juan. The Municipal Council of Manatí v. The Secretary of Porto Rico. Litigative-Administrative action. San Juan, P. R., April twentieth, one thousand nine hundred and three. There came on for consideration a petition filed by Juan R. Ramos on behalf of the Municipal Council of Manatí, dated March 19, 1903, and a bond execut ed by José Manuel Batista and Arturo Cortés bearing the same date, together with the orders of March 20 and 21, of the same year, signed by Judge Richmond and the answer of the Secretary of Porto Rico, sworn to on March 24, the allegations of the parties being heard on the last day mentioned, Assistant Attorney General, Emilio del Toro, appearing on behalf of the

San Juan, P. R., 20 de Abril de 1903.   Dada cuenta con la petición interpuesta en nombre del Ayuntamiento de Manatí por el abogado Don Juan R. Ramos, con fecha 19 de Marzo pasado y la fianza presentada por José Manuel Batista y Arturo Cortés, de la misma fecha, y las órdenes del 20 y 21 del mismo mes de Marzo, firmadas por el Juez Asociado Richmond y la contestación del Hon. Secretario de Puerto Rico, jurada en 24 de Marzo, oidas las alegaciones de las partes el día últimamente mencionado, habiendo comparecido el Assistant Attorney General, Don Emilio del Toro, en representación del Secretario de Puerto Rico.   Leida la providencia del Tribunal de la misma fecha disponiendo que se tomen las declaraciones de Don Isidoro Delgado, Intérprete del Tribunal y Don Manuel Moraza, Oficial de Sala, cesante, lo que se hizo, extendiéndose en el acto tales declaraciones por el Secretario.   Leidas también las copias de las cartas del Hon. Secretario de Puerto Rico, fechas 3 y 28 de Febrero de 1902, y de los acuerdos del Ayuntamiento de Manatí de 3 y 10 de Febrero y 5 de Marzo del mismo año, cuyas copias fueron todas presentadas por el defensor del Ayuntamiento de Manatí y aceptadas por el Tribunal como ·auténticas.   Leido asimismo el escrito presentado por el Sr. Ramos el día 26 de Marzo y el presentado y firmado por el Hon. Acting Attorney General el 28 del propio mes.   El Tribunal habiendo considerado lo que antecede y lo resuelto con vista de todo.   Á petición del Fiscal en representación del Hon. Secretario de Puerto Rico.   Desestimase la petición del 19 de Marzo en todas sus partes, denegándose la injunction solicitada, y levántese como por la presente se levanta, el entredicho provisional decretado en este asunto contra el Secretario de Puerto Rico.   Así lo acordaron y firman los Sres. del Tribunal de que yo el Secretario certifico.—Juan Morera Martinez.—Frank H. Richmond.—José Tous Soto.—Luis Mendez Vaz."

*Resultando:* que notificado este auto á las partes interesadas, el demandante interpuso recurso de apelación, que se admitió; y con citación y emplazamiento de las partes se elevaron los autos á esta Superioridad, en donde se personó en tiempo el apelante, quien evacuó el trámite de instrucción que se le confirió, así como el Fiscal que impugnó el recurso.

*Resultando:* que señalado día para la vista, tuvo ésta lugar el 26 de Junio corriente, en cuyo acto las partes alegaron, in voce, cuanto estimaron conducente á su derecho.

*Aceptando* los fundamentos de hecho y de derecho del auto apelado, y vistas las disposiciones legales que en el mismo se citan y otras.

Secretary of Porto Rico.  The order of the court of the same date was read directing that the testimony of Isidoro Delgado, interpreter of the court, and of Manuel Moraza, ex-court official, be taken, which was done, said testimony being duly entered by the clerk; copies of the letters of the Secretary of Porto Rico, dated February 3 and 28, 1902, and the resolutions of the Municipal Council of Manatí, dated February 3 and 10, and March 5, of the same year, were also read, which copies were all presented by counsel for the Municipal Council of Manatí and accepted by the court as authentic; the writing filed by Ramos on March 26, and the one presented and signed by the Attorney General on the 28th of the same month being likewise read. The court, after due consideration of the foregoing and of the decision arrived at in view thereof, on motion of the *Fiscal* representing the Secretary of Porto Rico, dismisses the petition of March 19, in all its parts; denies the writ of injunction applied for, and orders that the temporary injunction issued in the matter against the Secretary of Porto Rico be dissolved.  Thus it was decided and signed by the court, to which I, the clerk, do certify.—Juan Morera Martinez.—Frank H. Richmond.—José Tous Soto.—Luis Mendez Vas."

Notice of the foregoing order having been served upon the parties concerned, plaintiff took an appeal therefrom, which was allowed; and the parties being duly summoned, the papers where forwarded to this court, where the appellant duly appeared and was afforded an opportunity to examine the record, as also the *Fiscal* who opposed the appeal.

A day was set for the hearing on appeal, which took place on the 26th instant, when the parties made such arguments as they deemed favorable to their rights.

*Considerando :* que en este auto la Corte de Distrito mencionada no ha incurrido en ningún error y que la solicitud del demandante no presenta ningún motivo para un interdicto prohibitorio contra el Secretario de Puerto Rico.

*Fallamos :* que debemos confirmar y confirmamos el auto que en 20 de Abril de 1903 dictó la Corte de San Juan en este pleito, con las costas al apelante.

Jueces concurrentes : Sres. Presidente Quiñones, y Asociados, Hernandez y Figueras.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.